**Order entered January 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00104-CV

## IN RE TONY R. SAAD, Relator

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-14203**

# ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real

party in interest and respondent file their responses, if any, on or before February 2, 2015.


/s/     DOUGLAS S. LANG
        JUSTICE